### HUNTINGTON *against* GOODWIN.

On certiorari to a Justice' Court. In this cause a motion was made in behalf of the defendant in error for a rule that the Justice amend his return.

*W. Barnes,* for the motion.

*B. P. Johnson,* contra.

*Curia.* We do not find a copy of the Justice's return among the papers delivered to us, upon which this motion is founded: there is, however a sworn copy among the papers in opposition to the motion. We, therefore, grant the rule, as applied for; but we take the occasion to remark, that whether the application to amend be made on the part of the plaintiff, or the defendant in error, we do not grant it unless we have before us the return, or a copy thereof. Without this, it is impossible for us to see whether the amendment sought be material.

Motion granted.

On moving to amend a justice's return to a certiorari, the court require the production of the return or a copy of it, though the application be made by the defendant in error.